Name: Dion K Humphrey
Address: 7411 Woburn Circus #3, Anchorage AK 99502
Telephone: (907) 342-7036



RECEIVED
JAN 13 2022
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Dion K Humphrey,

Plaintiff,

vs.

Renee Straube
Juliette Rosado

Defendant(s).

Case No. 3:22-CV-00009-JMK

**MOTION**

to/for SUBPOENA TO BE ISSUED

I, Dion K Humphrey, representing myself without a lawyer, move to/for SUBPOENA TO BE ISSUED under the following statute(s)/rule(s) (if known) _____

for the following reason(s): TO SERVE DEFENDANT REQUESTING EMAILS/DOCUMENTS IN COMPLETING TITLE 42 1983

PS12 (06/09)     Non-Prisoner Motion

_____

_____

_____

_____

_____

_____

_____

_____

_____

### Declaration Under Penalty of Perjury

I, __Deon K Humphrey__, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: __1/13/2022__, at __Anchorage__, Alaska.

_____
Signature

### Certificate of Service

I certify that a copy of the above motion was served, by ☐ first class U.S. mail ☐ fax ☐ hand-delivery, to _____ at
_____ (Opposing party or counsel)

_____ on _____.
(Address) (Date of mailing)

_____
Signature