Name: Dion Kirk Humphrey
Address: 7411 Woburn Circle #3, Anchorage AK 99502
Telephone: (907) 342-7036



RECEIVED
MAR 30 2022
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

Dion K Humphrey,

Plaintiff,

vs.

Renee Straube,

Juliette Rosado,

Defendant(s).

Case No. 3-22-CV-00009-JMK

## MOTION

to/for SUPPLEMENT ATTACHMENT COMPLAINT FOR VIOLATION OF CIVIL RIGHTS PAGES 4 OF 6 AND EXHIBIT(S) 6 PAGES 1-630

I, Dion K Humphrey, representing myself without a lawyer, move to/for SUPPLEMENT ATTACHMENT AND EXHIBIT(S)

under the following statute(s)/rule(s) (if known) _____

for the following reason(s): IN THE INTEREST OF JUSTICE

PS12 (06/09)     Non-Prisoner Motion

_____
_____
_____
_____
_____
_____
_____
_____

### Declaration Under Penalty of Perjury

I, __Dion Humphrey_____, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED:_____, at _____, Alaska.

_____
Signature

### Certificate of Service

I certify that a copy of the above motion was served, by ☐ first class U.S. mail ☐ fax ☐ hand-delivery, to _____ at _____
(Opposing party or counsel)

_____ on _____.
(Address)                          (Date of mailing)

_____
Signature

PS12 (06/09)                               2                          Non-Prisoner Motion