# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

DION K HUMPHREY
7411 WOBURN CIRCLE APT 3
ANCHORAGE, ALASKA 99502
(907) 342-7036



APR 19 2022

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

DION K. HUMPHREY

Plaintiff

VS.

STATE OF ALASKA DEPARTMENT OF CHILDREN SERVICES

RENEE STRAUBE

NORTHSTAR BEHAVIORAL HEALTH

JULIETTE ROSADO

Defendant(s)

Case No.: 3:22-cv-0009-JMK

MOTION TO/FOR REQUESTING ATTORNEY

I, Dion Kirk Humphrey, representing myself without a lawyer, move to/for an Attorney for the following reasons in navigating through complex court rules and proceedings.

April 18, 2022



Motion to/for requesting ATTORNEY - 1