Name: Dion K Humphrey
Address: 7411 Woburn Cranes #3, Anchorage AK 99502
Telephone: (907) 342-7036


RECEIVED
JUN 13 2022
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Dion K Humphrey,
  Plaintiff,
vs.
Renee Straube et. al,
  Defendant(s).

Case No. 3:22-CV-00009-JMK

**MOTION**

to/for Admitting Exhibit H

I, Dion K Humphrey, representing myself without a lawyer, move to/for Admitting Exhibit H

under the following statute(s)/rule(s) (if known) _____

for the following reason(s): Admitting Superior Court Alaska Order Reversing Custody, Closing Case, and Vacating Hearing Dates

_____

_____

_____

_____

_____

_____

_____

_____

## Declaration Under Penalty of Perjury

I, __Dion K Humphrey__, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: __6/13/2022__, at __Anchorage__, Alaska.

_____
Signature

## Certificate of Service

I certify that a copy of the above motion was served, by ☐ first class U.S. mail ☐ fax ☐ hand-delivery, to _____ at _____
(Opposing party or counsel)

_____ on _____.
(Address)                                          (Date of mailing)

_____        _____
                                                    Signature