
EXHIBIT H

Anc.cina.law.ecf@alaska.gov

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

In the Matter of: )
)
E___ 'K. H___ )
Date of Birth: ___/10 ) Case No. 3AN-21-00430 CN
)
A Child )
Under the Age )
of Eighteen (18) Years. )
)

### ORDER RELEASING CUSTODY, CLOSING CASE, AND VACATING HEARING DATES

Based on the minor's Motion for Release of Custody, and there being no objection,

IT IS ORDERED that the child named above shall be released into the custody of Dion Humphrey and this matter shall be closed. The Office of Children's Services is hereby released from all responsibility for this child and all future hearings in this matter are vacated.

EFFECTIVE DATE: May 31, 2022

DATED: JUN 0 8 2022

_____
SUPERIOR COURT JUDGE

### CERTIFICATE OF SERVICE

This is to certify that on 6/8/22 a copy of the foregoing is being served/emailed without error on the following attorneys or parties of record:

Katie Stephenson, RDS ✓         Laura S. Hartz, GAL ✓
Kristine Kennedy, AGO ✓         Abraham Weiss, OCS ✓
Stephanie L. Knight, Mother ✓   Dion K. Humphrey Sr., Father ✓
David A. Case, Atty. for the Tribe ✓

_____
Signature                                                Time

KAK/CCM/KENNEDY/PL/HUMPHREY, D/ORDERS/ORDER RELEASING CUSTODY