AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.


AUG 31 2022
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Northstar Behavioral Health · Juliette Rosado

was received by me on *(date)* August 25, 2022 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Certified Mail # 7020 1290 0000 0782 0718

My fees are $ 8.93 for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: August 31 2022

_____
Server's signature

Deon Kirk Humphrey    Plaintiff
Printed name and title

7411 Woburn Circle #3 Anch AK 99502
Server's address

Additional information regarding attempted service, etc:

**USPS TRACKING #**

9590 9402 7650 2122 1988 45

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

DION KHUMNACOY
7411 WORSNAN CIRCLE #3
ANCHORAGE AK 99502

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NORTHSTAR BEHAVIOR HEALTH
2530 DEBARR RD
ANCHORAGE AK 99508

9590 9402 7650 2122 1988 45

2. Article Number
7020 1290 0000 0782 0718

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☑ Agent ☐ Addressee

B. Received by (Printed Name): PAUL GLEASON
C. Date of Delivery: 8/2(?)

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt