Chester D. Gilmore
CASHION GILMORE & LINDEMUTH
510 L Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 222-7934
Facsimile: (907) 222-7938
Email: chester@cashiongilmore.com

*Attorneys for Frontline Hospital, LLC d/b/a*
*North Star Hospital and Juliette Rosado*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DION K. HUMPHREY,<br><br>Plaintiff,<br><br>vs.<br><br>RENEE STRAUBE, JULIETTE ROSADO, STATE OF ALASKA OFFICE OF CHILDREN SERVICES, NORTHSTAR BEHAVIORAL HEALTH,<br><br>Defendants. | Case No. 3:22-cv-00009-JMK |

# FRONTLINE HOSPITAL, LLC d/b/a NORTH STAR HOSPITAL AND JULIETTE ROSADO'S ANSWER TO COMPLAINT

Defendants Frontline Hospital, LLC d/b/a North Star Hospital (hereinafter "North Star Hospital") and Juliette Rosado (collectively "Defendants"), by and through counsel Cashion Gilmore & Lindemuth, hereby answer plaintiff's Complaint for Violation of Civil Rights as follows:

**I.    The Parties to This Complaint**

    **A.**    No response is required from answering Defendants.

NORTH STAR HOSPITAL AND JULIETTE ROSADO'S ANSWER TO COMPLAINT
*Humphrey v. Straube, et al.*, Case No. 3:22-cv-00009-JMK          Page 1 of 4
Case 3:22-cv-00009-JMK   Document 18   Filed 09/15/22   Page 1 of 4

  **B.**  No response is required from answering Defendants.

**II.**  **Basis for Jurisdiction**

  **A.**  No response is required from answering Defendants, but answering Defendants deny that an action under 42 U.S.C. § 1983 can be maintained against them.

  **B.**  No response is required from answering Defendants, but answering Defendants deny that an action under 42 U.S.C. § 1983 can be maintained against them.

  **C.**  No response is required from answering Defendants.

  **D.**  Answering Defendants admit that therapist Juliette Rosado is employed by North Star Behavioral Health, but answering Defendants deny that an action under 42 U.S.C. § 1983 can be maintained against them. Answering Defendants specifically deny that they acted under color of state or federal law.

  The actions of other defendants are presently unknown to the Answering Defendants; the Petition for Adjudication of Child in Need of Aid and Temporary Custody in case no. 3AN-21-00430 CN speaks for itself. To the degree a response is required, the Answering Defendants deny the allegations of these paragraphs.

**III.**  **Statement of Claim**

  **A.**  Answering Defendants admit that some actions relevant to the complaint appear to have occurred at North Star Behavioral Health.

  **B.**  Answering Defendants are not clear precisely what "event" is described, and therefore cannot admit or deny this allegation.

NORTH STAR HOSPITAL AND JULIETTE ROSADO'S ANSWER TO COMPLAINT
*Humphrey v. Straube, et al.*, Case No. 3:22-cv-00009-JMK    Page 2 of 4

Case 3:22-cv-00009-JMK  Document 18  Filed 09/15/22  Page 2 of 4

**C.** Answering Defendants deny any wrongdoing and therefore deny the allegations of these paragraphs.

**IV. Injuries**

Answering Defendants deny.

**V. Relief**

Answering Defendants deny that plaintiff is entitled to any relief.

## AFFIRMATIVE DEFENSES

1. The damages to plaintiff, if any, are the result of the negligence or intentional acts of other individuals for whom answering defendants bear no responsibility.

2. Plaintiff's complaint, in whole or in part, fails to state a claim upon which relief can be granted.

3. Plaintiff has failed to mitigate damages, if any.

4. Answering defendants are entitled to the benefits of AS 09.17.010, et. seq.

5. Answering defendants are entitled to the benefits of AS 09.55.530, et. seq.

6. Answering defendants reserve the right to assert whatever other affirmative defenses and/or counterclaims may become available as discovery proceeds.

7. Answering defendants are entitled to immunity.

8. The statute of limitations applies.

**WHEREFORE**, having answered the plaintiff's complaint, answering defendants pray:

1. that the same be dismissed with prejudice;

2. that the plaintiff takes nothing from defendants;

NORTH STAR HOSPITAL AND JULIETTE ROSADO'S ANSWER TO COMPLAINT
*Humphrey v. Straube, et al.*, Case No. 3:22-cv-00009-JMK           Page 3 of 4
Case 3:22-cv-00009-JMK   Document 18   Filed 09/15/22   Page 3 of 4

3. that the defendants be awarded their costs and attorney fees incurred in defending this action; and

4. for such other relief as this court deems just and equitable.

CASHION GILMORE & LINDEMUTH
Attorneys for Frontline Hospital, LLC d/b/a
North Star Hospital and Juliette Rosado

DATED: September 15, 2022    s/ Chester D. Gilmore
Chester D. Gilmore
Alaska Bar No. 0405015

**CERTIFICATE OF SERVICE:**

I hereby certify that a true and correct copy of the foregoing was served via email on September 15, 2022, on the following:

Dion K. Humphrey
7411 Woburn Circle #3
Anchorage, AK 99502
dion98225@gmail.com

CASHION GILMORE & LINDEMUTH

By:  s/ Chester D. Gilmore

NORTH STAR HOSPITAL AND JULIETTE ROSADO'S ANSWER TO COMPLAINT
*Humphrey v. Straube, et al.*, Case No. 3:22-cv-00009-JMK    Page 4 of 4
Case 3:22-cv-00009-JMK   Document 18   Filed 09/15/22   Page 4 of 4