Name: DION KIRK HUMPHREY
Address: 7411 WOBURN CIRCUS APT 3
ANCHORAGE AK 99502
Telephone: (907) 342-7036


RECEIVED
OCT 12 2022
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

DION K HUMPHREY,

Plaintiff,

vs.

RENEE STRAUBE et.al,

Defendant(s).

Case No. 3:22-CV-00009-JMK

**MOTION**

to/for SUBMIT EXHIBIT AA DECISION ON TIMELINESS AND NOTICE OF HEARING ON THE MERITS

I, DION KIRK HUMPHREY, representing myself without a lawyer, move to/for SUBMIT EXHIBIT AA DECISION ON TIMELINESS AND NOTICE OF HEARING ON THE MERITS

under the following statute(s)/rule(s) (if known) _____

for the following reason(s): SEEKING THE TRUTH IN JUSTICE

PS12 (06/09)          Non-Prisoner Motion

_____

_____

_____

_____

_____

_____

_____

_____

### Declaration Under Penalty of Perjury

I, __DION KIRK HUMPHREY__, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: __October 10 2022__, at __Anchorage__, Alaska.

_____
Signature

### Certificate of Service

I certify that a copy of the above motion was served, by ☒ first class U.S. mail ☒ EMAIL ☐ fax ☐ hand-delivery. to __CASHION GILMORE & LINDEMUTH__ at __510 L STREET STE 601__ (Opposing party or counsel)
__ANCHORAGE AK 99502__ on __October 10 2022__.
(Address) (Date of mailing)

_____
Signature

_____

_____

_____

_____

_____

_____

_____

_____

### Declaration Under Penalty of Perjury

I, DION KIRK HUMPHREY, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: October 10 2022, at Anchorage, Alaska.

_____
Signature

### Certificate of Service

I certify that a copy of the above motion was served, by ☒ first class U.S. mail ☒ EMAIL ☐ fax ☐ hand-delivery. to TYLER P BROKER ASST ATTORNEY GENERAL at 1031 WEST 4th AVE STE 200
(Opposing party or counsel)
Anchorage AK 99501
(Address)
on October 10 2022.
(Date of mailing)

_____
Signature

Return address:
BRENDYOGEIC HUMPHREY
744 WORSURY DRIVE #3
ANCHORAGE AK 99502

US District Court
Clerk of the Courts
222 West 7th Ave Rm 229
Anchorage AK 99501

U.S. POSTAGE PAID
FCM LETTER
ANCHORAGE, AK
99502
OCT 11, 22
AMOUNT
$1.23
R2305H129787-70

99501

NON MACHINABLE