TREG R. TAYLOR
ATTORNEY GENERAL

Tyler P. Broker (Alaska Bar No. 1708040)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 451-2811
Facsimile: (907) 451-2985
Email: tyler.broker@alaska.gov

Attorney for Defendant State of Alaska, Office of Children's Services and Renee Straube

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DION KIRK HUMPHREY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Case No.: 3:22-cv-00009-JMK<br>STATE OF ALASKA, OFFICE OF )<br>CHILDREN'S SERVICES, RENEE )<br>STRAUBE, NORTHSTAR )<br>BEHAVIORAL HEALTH, JULIETTE )<br>ROSADO, )<br>)<br>Defendants. ) | |

**NOTICE OF RIPENESS REGARDING DEFENDANT'S MOTION TO DISMISS**

Defendants State of Alaska, Office of Children's Services, and Renee Straube, by and through counsel, hereby file this Notice of Ripeness regarding their Motion to Dismiss, and states as follows:

On September 20, 2022, defendants filed their Motion to Dismiss on all of

plaintiff Dion Humphrey's claims for failure to state a claim upon which relief may be granted. On September 22, 2022, the plaintiff filed his opposition and on October 6, 2022, defendant's filed their reply.

Defendants respectfully file this notice of ripeness and await this Court's decision on the motion.

DATED: November 30, 2022.

TREG R. TAYLOR
ATTORNEY GENERAL

By: /s/Tyler P. Broker
Tyler P. Broker
Assistant Attorney General
Alaska Bar No. 1708040
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Phone: (907) 451-2811
Facsimile: (907) 451-2985
Email: tyler.broker@alaska.gov
Attorney for State of Alaska

Certificate of Service
I certify that on November 30, 2022 the foregoing **Notice of Ripeness Regarding Defendant's Motion to Dismiss** was served electronically on:

Dion Humphrey
dion98225@gmail.com

/s/Tyler P. Broker
Tyler P. Broker, Assistant Attorney General

*Humphrey v. SOA, OCS et al.*     Case No.: 3:22-cv-00009-JMK
Notice of Ripeness Re: Defendant's Motion to Dismiss     Page 2 of 2

Case 3:22-cv-00009-JMK   Document 25   Filed 11/30/22   Page 2 of 2