**Name:** Dion Kirk Humphrey
**Address:** 7411 Woburn Circle #3, Anchorage AK 99502
**Telephone:** (907) 342-7036



DEC 29 2022
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Dion Kirk Humphrey,
  Plaintiff,

vs.

Renee Straube et. al.,
  Defendant(s).

Case No. 3:22-CV-00009-JMK

## MOTION

to/for Admit Exhibit A4C to Motion in Opposition to Northstar Hospital and Juliette Rosado's Reply to Motion to Dismiss

I, Dion Kirk Humphrey, representing myself without a lawyer, move to/for Admit Exhibit A4C to Motion in Opposition to Northstar Hospital and Juliette Rosado's Reply to Motion to Dismiss under the following statute(s)/rule(s) (if known) _____

for the following reason(s): Establishing Defendants acted "under color" whereas OCS Renee Straube had no legal custody or authority regarding any care or management decision of Plaintiff's son in violation of "familial integrity" afforded by Constitution Juliette Rosado

PS12 (06/09)    Non-Prisoner Motion

Been in communication with OLS Renee Strange since October 7 2021 as Exhibit A4C Evidence

## Declaration Under Penalty of Perjury

I, Deon Kirk Humphrey, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: 12/27/2022, at Anchorage AK, Alaska.

Signature

## Certificate of Service

I certify that a copy of the above motion was served, by ☒ first class U.S. mail ☐ fax ☐ hand-delivery, to Cashion Gilmore Lindemuth at 510 L St Suite 601 Akn AK 99501 (Opposing party or counsel)

on 12/27/2022 (Date of mailing)

Signature



Court Clerk
U.S. District Court
222 W. 7th Avenue, Room 229
Box/Suite #4
Anchorage, Alaska 99513

Don Kirk Humphrey
7611 Woburn Circle Apt # 3
Anchorage, Alaska. 99502

3:22-cv-00009-JMK   Document 33   Filed 12/29/22   Page