

punched". In describing how his dad has hit him in the past, Erik said he had been "hit in the face with the bamboo". His dad will use the belt "anywhere on his body", Erik also told Juliette that his dad used the belt buckle and bamboo stick when he was younger. Now he only uses the belt and his hands. Erik said that when his dad hits him now, he is hot "on the back of the head". Juliette said Erik did not say if marks were made or not, but from the conversation, she assumes there were marks made on Erik. Erik also reported to Juliette that he dad had told him and his brother that "you are the dumbest kids I've ever had", to both him and his brother. He also told Erik, "I wish I had left you in Fairbanks", and "I wish you were never born." PSS Straube told Juliette not to discharge Erik until she heard back from OCS due to the possibility of Erik being discharged to Mr. Humphrey. PSS Straube will call NS back once she has staffed with Supervisor PSS Fujimoto.

| | | |
|---|---|---|
| Activity note: | Init Assesmnt Contct | Phone Call From |
| 4428632 | Entered By: Straube, Renee L. | 10/07/2021 12:00 AM |
| | Re: | Contact With: Northstar, Hospital |

10/07/2021 12:00pm PSS Straube to clinician Juliette from NorthStar Hospital.

Juliette says that Erik will need to be discharged by mid-October. NorthStar is looking for a Residential Treatment Center to send Erik to after discharge. If they receive three in-state denials, then they will start looking for out-of-state placements. Juliette Erik will best be served in an inpatient setting where the therapist has more chance to develop a relationship with Erik and work on the causes of his anger on a deeper than she has been able to.

Mr. Humphrey has been attending the therapy sessions at NorthStar and has not missed any appointments. Juliette reports that the meetings with dad are very "superficial". She said, "dad is more "focused on going back to work" than participating in therapy. dad has made statements to Erik that he wants Erik to work on his problems so that he can comes back home. Juliette said that Mr. Humphrey has not acknowledged his own actions in the home. She feels, "like dad should take responsibility" for his own actions. dad has admitting only to spanking Erik. There have been no disclosures of any physical violence on dad's part. dad has not said anything about Erik's past trauma. Juliette believes that Mr. Humphrey is withholding information. Juliette reports that Mr. Humphrey has been disrespect to the nursing staff. She noted that the people that he is disrespectful to are all white women. She believes the disrespect has a racial bias. Mr. Humphrey has cursed at the staff one time (meaning dad said FUCKING) during the discussion about meds. When asked if there were any red flags that she noticed, Juliette said that "dad could show more interest" in response. She said that dad is concerned that Erik has 24/7 care over being concerned about the therapy sessions. Juliette said that Mr. Humphrey approved of Erik taking medication. She stated that Mr. Humphrey had asked the staff if THC would be an option for Erik.

Erik is reported to be doing well. He is taking his medication. Erik has been placed on two different medications: Abilify 5mg and Focalin 5 mg. Juliette reported that Erik had "punched someone in the nose" early in his stay. However, Erik has not been violent since he was put on meds. Erik has not

walked out of any of the sessions that have had. Juliette has allowed the conversations to have a "natural flow." Erik has not talked about his trauma or his mother. Juliette believed any questions about his mother, or his trauma would trigger Erik. She said that Erik would "open up" if he was able to develop a longer relationship with a therapist in which a rapport could be built. Only then would Erik talk about the deeper issues. Juliette reports that Erik had had no homicidal ideations while at NorthStar. He has not said anything negative about his brother. Erik did tell her that his brother was annoying and that he had experienced physical punishment. He did not say anything about a being hit with a belt. Juliette said that Erik has told his dad that he "loves him" and that he "wants to come home and help him with the cars". Erik has also said that he was not ready to go home yet. During their sessions together Erik will talk with her for the full hour. He does move around the room and switch seats during the session.

When asked if there were any Red Flags, Juliette said that Mr. Humphrey had cursed at the staff. She expressed her concern in Mr. Humphrey lack of interest in Erik during their sessions. Juliette indicated that she believes it would be best for Erik to have inpatient care at a Residential Treatment Center.

| Activity note: | Init Assesmnt Contct | Collaboration w/ Tribe |
|---|---|---|
| 4426343 | Entered By: Straube, Renee L. | 10/05/2021 12:00 AM |
| | Re: Florence Therchik FTherchil@avcp.org 907- | Contact With: Other |

Florence call in regards to email sent to her on Humphrey

email was forward by Florence to Nastacia Ulroan with Hooper Bay

Florence said in phone call that she liked Alaska Crossings in Wrangle. She had another boy go there. They are a short-term treatment and their age range is 12-18. She does not know if they would take Erik or not. His 12th birthday is not until June. Florence had tried to call Nastacia with no luck. She said she would continue to try. She forwarded the below email to Nastacia to loop her in.

Email sent to Florence

RE: Eric Humphrey

Hi Florence,

Erik is listed as being associate with Hooper Bay Tribe.