**Name:** DION KIRK HUMPHREY
**Address:** 7411 Woburn Greene APT 3, Anchorage AK 99502
**Telephone:** (907) 342-7036


RECEIVED
JAN 09 2023
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

DION KIRK HUMPHREY,
Plaintiff,

vs.

RENEE STRAUBE et.al,
Defendant(s).

Case No. 3:22-CV-00009-JMK

**MOTION** to/for ADMITTING EXHIBIT A6C

I, DION KIRK HUMPHREY, representing myself without a lawyer, move to/for ADMITTING EXHIBIT A6C under the following statute(s)/rule(s) (if known) _____

for the following reason(s): EVIDENCE IN SUPPORT OF CLAIM

_____
_____
_____
_____
_____
_____
_____

## Declaration Under Penalty of Perjury

I, __DION KIRK HUMPHREY__, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: __January 6 2023__, at __ANCHORAGE__, Alaska.

_____
Signature

---

## Certificate of Service

I certify that a copy of the above motion was served, by ☒ first class U.S. mail ☐ fax ☐ hand-delivery, to __CASHION GILMORE & LINDEMUTH__ at
__510 L STREET SUITE 601__     (Opposing party or counsel)
__ANCHORAGE AK 99501__ on __January 6 2023__.
(Address)                                (Date of mailing)

_____
Signature

_____
_____
_____
_____
_____
_____
_____

### Declaration Under Penalty of Perjury

I, DION KREK HUMPHREY, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: January 6 2023, at Anchorage, Alaska.

_____
Signature

---

### Certificate of Service

I certify that a copy of the above motion was served, by ☒ first class U.S. mail ☐ fax ☐ hand-delivery, to TYLER BROKER ASST ATTORNEY GENERAL DEPT OF LAW at 1031 WEST 4th AVE SUITE 200 (Opposing party or counsel)

ANCHORAGE AK 99501 on January 6 2023.
(Address)                                  (Date of mailing)

_____
Signature

PS12 (06/09)                     2                     Non-Prisoner Motion

Case 3:22-cv-00009-JMK   Document 35   Filed 01/09/23   Page 3 of 5

:22-cv-00009-JMK   Document 35   Filed 01/09/23   Page