Chester D. Gilmore
CASHION GILMORE & LINDEMUTH
510 L Street, Suite 601
Anchorage, AK 99501
Telephone: (907) 222-7934
Facsimile: (907) 222-7938
Email: chester@cashiongilmore.com

*Attorneys for Frontline Hospital, LLC d/b/a
North Star Hospital and Juliette Rosado*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DION K. HUMPHREY,<br><br>            Plaintiff,<br><br>vs.<br><br>RENEE STRAUBE, JULIETTE ROSADO, STATE OF ALASKA OFFICE OF CHILDREN SERVICES, NORTHSTAR BEHAVIORAL HEALTH,<br><br>           Defendants. | Case No. 3:22-cv-00009-JMK |

## OPPOSITION TO MOTION TO ADMIT EXHIBIT A5C TO MOTION IN OPPOSITION TO NORTHSTAR (SIC) HOSPITAL AND JULIETTE ROSADO'S REPLY TO MOTION TO DISMISS

Defendants Frontline Hospital, LLC d/b/a North Star Hospital ("North Star") and Juliette Rosado (together "North Star defendants") oppose the plaintiff's motion to add an additional exhibit, "A5C", to the briefing related to the North Star defendants' Motion to

OPPOSITION TO MOTION TO ADMIT EXHIBIT A5C TO MOTION IN OPPOSITION TO NORTHSTAR (SIC) HOSPITAL AND JULIETTE ROSADO'S REPLY TO MOTION TO DISMISS
*Humphrey v. Straube, et al.*, Case No. 3:22-cv-00009-JMK           Page 1 of 3

Case 3:22-cv-00009-JMK    Document 39    Filed 01/18/23    Page 1 of 3

Dismiss. The filings related to the North Star Defendants' Motion to Dismiss are complete.[1]

The plaintiff in his motion does not show the good cause required to supplement the record of the Motion to Dismiss. He does not explain how this exhibit was unavailable at the time he filed his opposition on December 2, 2022.[2] He does not explain how the exhibit – purportedly an incident log involving his son– is admissible evidence, or how it is relevant to the motion to dismiss, or lay any foundation for it to be admissible evidence.

Because the plaintiff does not provide even the minimal foundation necessary to admit an untimely exhibit, the Court should deny the plaintiff's motion and grant the North Star Defendants' ripe Motion to Dismiss.

        CASHION GILMORE & LINDEMUTH
        Attorneys for Frontline Hospital, LLC d/b/a
        North Star Hospital and Juliette Rosado

DATED: January 18, 2023        *s/ Chester D. Gilmore*
        Chester D. Gilmore
        Alaska Bar No. 0405015

---

[1] *See* North Star Hospital and Juliette Rosado's Reply to Opposition to Motion to Dismiss filed on December 21, 2022, at Docket 30.
[2] Docket 26.

OPPOSITION TO MOTION TO ADMIT EXHIBIT A5C TO MOTION IN OPPOSITION TO NORTHSTAR (SIC) HOSPITAL AND JULIETTE ROSADO'S REPLY TO MOTION TO DISMISS
*Humphrey v. Straube, et al.*, Case No. 3:22-cv-00009-JMK    Page 2 of 3

**CERTIFICATE OF SERVICE:**

I hereby certify that a true and correct copy of the foregoing was served via email on January 18, 2023 on the following:

Dion K. Humphrey
7411 Woburn Circle #3
Anchorage, AK 99502
dion98225@gmail.com

CASHION GILMORE & LINDEMUTH

By: *s/ Chester D. Gilmore*

OPPOSITION TO MOTION TO ADMIT EXHIBIT A5C TO MOTION IN OPPOSITION TO NORTHSTAR (SIC) HOSPITAL AND JULIETTE ROSADO'S REPLY TO MOTION TO DISMISS
*Humphrey v. Straube, et al.*, Case No. 3:22-cv-00009-JMK                                          Page 3 of 3

Case 3:22-cv-00009-JMK   Document 39   Filed 01/18/23   Page 3 of 3