DION KIRK HUMPHREY
7411 Woburn Circle Apt #3
Anchorage, Alaska 99502
(907) 342-7036
Dion98225@gmail.com



OCT 24 2024

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DION KIRK HUMPHREY<br><br>Plaintiff,<br><br>vs.<br><br>RENEE STRAUBE et. al<br><br>Defendant | Case No.: 3:22-cv-00009-SLG<br><br>**MOTION FOR DEFAULT JUDGEMENT** |

    Comes now Dion Kirk Humphrey and requests the Court, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, for the entry of a judgement by default against Defendant. In support of this request, Dion Kirk Humphrey relies upon the record in this case and affidavit submitted herein.

Dated this 24th day of October, 2024

Respectfully submitted,

Dion Humphrey *Pro Se*

MOTION FOR DEFAULT JUDGEMENT - 1